IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

FAYETTEVILLE DIVISION

JOSE GUITERREZ                                                             PLAINTIFF
   VS.                                 CASE NO. 05-5165

GENERAL MOTORS ACCEPTANCE CORPORATION                    DEFENDANT

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the agreement of the parties, this case is hereby dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

DATED this 19 day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE


By: /s/ Clayborne S. Stone
David M. Powell, Ark. Bar #69062
Clayborne S. Stone, Ark. Bar #2003102
WILLIAMS & ANDERSON PLC
111 Center Street, 22nd Floor
Little Rock, AR 72201

*Attorneys for Defendant General Motors Acceptance Corporation*


By: /s/ Robert L. Rickard
Robert L. Rickard, Ark. Bar # 2001065
RICKARD LAW FIRM
P.O. Box 1245
Bentonville, Arkansas 72712

*Attorney for Plaintiff Jose Gutierrez*